*E-FILED - 3/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDALL DEAN HOLMES,**<br><br>Plaintiff,<br><br>v.<br><br>**D. CASTELLAW, et al.,**<br><br>Defendants. | Case No. C 09-3259 RMW (PR)<br><br>**[] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |

Defendants Akin, Cruse, Whitman, and Cook (Defendants) have filed a request for an extension of time of time of sixty (60) days, up to and including, **April 13, 2010,** in which to file a dispositive motion. This Court has reviewed Defendants' request and the declaration of Brendan M. Kenny, and finds good cause to GRANT the request. Accordingly, Defendants have up to and including **April 13, 2010** to file a dispositive motion. Plaintiff shall file an opposition no later than **May 13, 2010**. Defendants shall file a reply brief no later than fifteen days after Plaintiff's opposition brief is filed with the Court.

Dated:  3/23/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1

[] Order (C 09-3259 RMW)