1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

***E-FILED - 3/25/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDALL DEAN HOLMES,                    )          No. C 09-3259 RMW (PR)
                                         )
            Plaintiff,                   )          ORDER DIRECTING
                                         )          PLAINTIFF TO LOCATE
   v.                                    )          UNSERVED DEFENDANTS
                                         )
D. CASTELLAW, Warden; et al.,            )
                                         )
            Defendants.                  )
_____ )

        Plaintiff filed a pro se civil rights action pursuant to 42 U.S.C. § 1983.  On August 25,

2009, the court ordered service of the stated cognizable claims upon named defendants.  On

January 4, 2010, the court received eight summons which were returned unexecuted.

Specifically, defendants Correctional Officer French, Correctional Officer Wilber, Correctional

Officer Navarro, and Correctional Officer Lujan were not served because the facility needed

more information because there were multiple staff members with the same name.  Also,

Correctional Officer Cordich, Correctional Officer J. Bowman, and Correctional Officer

Hishiowe were not served because the facility had no information on them.  Accordingly, these

eight defendants have not been served.

        Here, plaintiff's complaint has been pending for over 120 days, and thus, absent a

showing of "good cause," is subject to dismissal without prejudice as to the unserved defendants.

See Fed. R. Civ. P. 4(m).  In cases wherein the plaintiff proceeds in forma pauperis, the "officers

1    of the court shall issue and serve all process." 28 U.S.C. 1915(d).  The court must appoint the

2    Marshal to effect service, see Fed. R. Civ. P. 4(c)(2), and the Marshal, upon order of the court,

3    must serve the summons and the complaint, see Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir.

4    1994), overruled on other grounds by Sandin v. Connor, 515 U.S. 472 (1995).  Although a

5    plaintiff who is incarcerated and proceeding in forma pauperis may rely on service by the

6    Marshal, such plaintiff "may not remain silent and do nothing to effectuate such service;" rather,

7    "[a]t a minimum, a plaintiff should request service upon the appropriate defendant and attempt to

8    remedy any apparent defects of which [he] has knowledge."  Rochon v. Dawson, 828 F.2d 1107,

9    1110 (5th Cir. 1987).  If the marshal is unable to effectuate service through no fault of his own,

10   for example, because plaintiff failed to provide sufficient information or because the defendant is

11   not where plaintiff claims, and plaintiff is informed, plaintiff must seek to remedy the situation

12   or face dismissal.  See Walker, 14 F.3d at 1421-22.

13        Because plaintiff has not provided sufficient information to allow the Marshal to locate

14   and serve the above named defendants, plaintiff must remedy the situation or face dismissal of

15   his claims against said defendants without prejudice.  See Walker, 14 F.3d at 1421-22.  Such

16   additional information may include a first name or first initial, the defendant's current assigned

17   unit or assigned unit at the time of the allegations, or other more identifying information so that

18   the Marshal can locate and determine the particular defendant to be served.

19        Accordingly, plaintiff must provide the court with accurate and current information for

20   defendants Correctional Officer French, Correctional Officer Wilber, Correctional Officer

21   Navarro, Correctional Officer Lujan, Correctional Officer Cordich, Correctional Officer J.

22   Bowman, and Correctional Officer Hishiowe such that the Marshal is able to effect service upon

23   them.  If plaintiff fails to provide the court with the accurate and current information so that the

24   Marshal can effect service, within **thirty (30) days** of the date this order is filed, plaintiff's claim

25   against the above named defendants will be dismissed pursuant to Rule 4(m) of the Federal

26   Rules of Civil Procedure; the dismissal will be without prejudice to plaintiff refiling his

27   complaint with such information.

28   ///

1

IT IS SO ORDERED.

2

DATED: _____3/24/10_____

RONALD M. WHYTE
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Directing Plaintiff to Locate Unserved Defendants
P:\PRO-SE\SJ.Rmw\CR.09\Holmes259.4m.wpd       3