**United States District Court**
**For the Northern District of California**

*E-FILED - 8/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL DEAN HOLMES, | ) No. C 09-3259 RMW (PR) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| D. CASTELLAW, Warden; et al., | ) |
| Defendants. | ) |

The court has dismissed the instant action without prejudice for plaintiff's failure to provide the court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The clerk of the court shall close the file.

IT IS SO ORDERED.

Dated: 7/30/10

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Holmes259jud.wpd